■ WILLIAM M. DILLEMUTH, JR., Individually and as Administrator of the Estate of WILLIAM M. DILLEMUTH, Deceased, Respondent, v CITY OF TONAWANDA et al., Appellants. (Appeal No. 2.) [635 NYS2d 553] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Carlson v City of Tonawanda* 221 AD2d 1011 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ ANTHONY J. CARUSO et al., Respondents, v RUSSELL P. LE FROIS BUILDERS, INC., Appellant. (Appeal No. 1.) [635 NYS2d 553] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order and Judgment of Supreme Court, Monroe County, Ark, J.—Structure Damage Award.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ In the Matter of RONALD DAVIDSON, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [635 NYS2d 558] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court (Dadd, J.) (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.— CPLR art 78.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.